## Logesky, Appellant, *v.* Sheptak et al.

Argued November 16, 1973. *James F. Manley,* with him *Burns, Manley & Little,* for appellant; *Robert S. Grigsby,* with him *Janet N. Valentine,* and *Thomson, Rhodes & Grigsby,* for appellee, G. J. Wright; *James A. McGregor, Jr.,* with him *Egler, McGregor & Reinstadtler,* for appellee, St. Francis General Hospital.

Order affirmed.

SPAULDING, J., absent.

## Lucas, Appellant, *v.* Lucas.

Argued September 17, 1973. *Milford J. Meyer,* with him *Louis A. Fine,* for appellant; *Joseph V. Furlong, Jr.,* with him *Stanley C. Matthews,* and *Tabas, Smith & Furlong,* for appellee.

OPINION PER CURIAM: Having made an independent review of the entire record we are of the opinion that the court below properly refused a divorce in the case.

SPAULDING, J., absent.